## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Georgia

Case Number: 1:18-CV-3702-TCB

Plaintiff:
**Joe Hand Promotions, Inc.**

vs.

Defendant:
**Tommie Jones and The Jones Entreprise - Executive Cigar LLC d/b/a The Exclusive Lounge**

Received by Bulldog Process Servers, LLC on the 9th day of August, 2018 at 11:58 am to be served on **The Jones Entreprise - Executive Cigar LLC d/b/a The Exclusive Lounge, 155 Roxboro Ct, Fayetteville, GA 30215**.

I, EDMOND J. BYER, do hereby affirm that on the **9th day of August, 2018** at **2:45 pm, I:**

Served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Complaint; Certificate as to Interested Parties and Corporate Disclosure Statement; Report on the Filing of an Action Regarding a Copyright** to **SUMITRA GORDAN** as Registered Agent for **The Jones Entreprise - Executive Cigar LLC d/b/a The Exclusive Lounge**, at the address of: **155 Roxboro Ct, Fayetteville, GA 30215**, and informed said person of the contents therein.

**Description** of Person Served:  Age: 30s,  Sex: F,  Race/Skin Color: Black,  Height: 5'4",  Weight: 185,  Hair: Black,  Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 08/10/2018

EDMOND J. BYER
Georgia Certified # 0000299

**Bulldog Process Servers, LLC**
**1029 Peachtree Pkwy North**
**#161**
**Peachtree City, GA 30269**
**(770) 703-7575**
Our Job Serial Number: EJB-2018000414